UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

John J. Scaccia,

        *Plaintiff*,        Case No. 3:18-cv-418

v.

        District Judge Thomas M. Rose

Uber Technologies, Inc., et al.,

        Magistrate Judge Sharon Ovington

        *Defendants*.

---

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS OF THE MAGISTRATE JUDGE. (ECF 20). DEFENDANTS' MOTION TO COMPEL ARBITRATION AND DISMISS THE ACTION (ECF 5) IS GRANTED, AND THE CASE IS DISMISSED; PLAINTIFF'S MOTION TO ORDER DISCLOSURE OF JOHN/JANE DOES 1 AND 2 AND/OR MOTION TO REMAND (ECF 7) IS DENIED; PLAINTIFF'S MOTION FOR ORAL ARGUMENT AND REQUEST THAT THE CASE BE STAYED NOT DISMISSED (ECF 14) IS DENIED; AND TERMINATING THE INSTANT CASE.**

---

This matter comes before the Court pursuant to the Report and Recommendations of Magistrate Judge Sharon Ovington. (ECF 14). The Court has reviewed the findings of the Magistrate Judge and, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), this Court has made a *de novo* review of the record in this case.

The Court **ADOPTS** the Report and Recommendations (ECF 14) in its entirety. Defendants' Motion to Compel Arbitration and Dismiss the Action (ECF 5) is **GRANTED**, and the case is **DISMISSED**; Plaintiff's Motion to Order Disclosure of John/Jane Does 1 and

2 and/or Motion to Remand (ECF 7) is **DENIED**; and Plaintiff's Motion for Oral Argument and Request that the Case be Stayed Not Dismissed (ECF 14) is **DENIED**. The instant case is **TERMINATED** on the docket of the United States District Court for the Southern District of Ohio, Western District at Dayton.

    **DONE** and **ORDERED** this Wedneday, September 25, 2019.

                                **s/THOMAS M. ROSE**

                                _____

                                THOMAS M. ROSE
                                UNITED STATES DISTRICT JUDGE